UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEON JORDAN,<br><br>Defendant. | NO.  CR23-051 JHC |

The United States Attorney charges that:

## COUNT 1

### (Unlawful Possession of Firearms)

On or about October 13, 2022, in King County, within the Western District of Washington, DEON JORDAN, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

i.    *Felon in Possession of a Firearm,* in United States District Court for the Western District of Washington, under case number CR14-5225-BHS, on or about February 23, 2015; and

ii.    *Residential Burglary,* in cause number 11-1-04461-2, in the Superior Court of Pierce County, Washington, on or about February 29, 2012,

did knowingly possess, in and affecting interstate and foreign commerce, firearms, that is: an Aero Precision model M4E1 7.62 caliber rifle and an Aero Precision model A15 5.56 caliber pistol.

All in violation of Title 18, United States Code, Section 922(g)(1).

Information - 1
*United States v. Deon Jordan*/USAO #2022R001276

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 2

### (Possession of Controlled Substances with Intent to Distribute)

On or about November 17, 2022, in King County, within the Western District of Washington, DEON JORDAN did knowingly and intentionally possess, with the intent to distribute, controlled substances, including heroin, methamphetamine, and N-phenyl-N-[1- ( 2-phenylethyl ) -4-piperidinyl ] propenamide (fentanyl), substances controlled under Title 21, United States Code.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 3

### (Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about November 17, 2022, in King County, within the Western District of Washington, DEON JORDAN did knowingly possess a firearm, to wit: a Beretta model 92 FS 9mm caliber pistol, in furtherance of a drug trafficking offense for which he may be prosecuted in a Court of the United States, to wit, *Possession of Controlled Substances with Intent to Distribute*, as charged in Count 2, above.

All in violation of Title 18, United States Code, Section 924(c).

## FORFEITURE ALLEGATION

All of the allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

Upon conviction of the offenses alleged in Counts One and Three, DEON JORDAN shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms or ammunition that were involved in the offense including, but not limited to:

    i.    An Aero Precision model M4E1 7.62 caliber rifle bearing serial number M4-0325201, seized on October 13, 2022;

    ii.    An Aero Precision model A15 5.56 caliber pistol bearing serial number AMB04122, seized on October 13, 2022; and

Information - 2
*United States v. Deon Jordan*/USAO #2022R001276

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

iii.    A Beretta model 92 FS 9mm caliber pistol, bearing serial number K62002Z, seized on November 17, 2022; and

iv.    Associated ammunition seized on October 13, 2022 and November 17, 2022.

Upon conviction of the offense alleged in Count Two, DEON JORDAN shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property that constitutes or is traceable to proceeds of the offense, as well as any property that facilitated the offense, including but not limited to:

i.    A Beretta model 92 FS 9mm caliber pistol, bearing serial number K62002Z, and all associated ammunition, seized on November 17, 2022;

ii.    A privately made, non-serialized, 9mm caliber pistol, and all ammunition, seized on December 1, 2022; and,

iii.    $6,000 in U.S. currency, seized on November 17, 2022.

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendants,

1.    cannot be located upon the exercise of due diligence;

2.    has been transferred or sold to, or deposited with a third party;

3.    has been placed beyond the jurisdiction of the Court;

4.    has been substantially diminished in value; or,

5.    has been commingled with other property which cannot be divided without difficulty;

//

//

Information - 3
*United States v. Deon Jordan*/USAO #2022R001276

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

DATED this 14ᵀᴴ day of March, 2023.

NICHOLAS W. BROWN
United States Attorney

TODD L. GREENBERG
Assistant United States Attorney

CATHERINE L. CRISHAM
Assistant United States Attorney